IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:22-CR-31-D-1

UNITED STATES OF AMERICA )
)
versus )
)
BRYAN DEWEY WARD )

ORDER TO SEAL [DE 11]

Defendant through counsel moves the Court to order the Clerk to place [DE 11] under seal pending further orders.

This, the __17__ day of June, 2022.

_____
JAMES C. DEVER III
United States District Judge