IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:22-CR-31-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| BRYAN DEWEY WARD | ) |
| Defendant | ) |

## ORDER EXTENDING PRETRIAL DEADLINES

This matter is before the Court upon a consent motion by the Defendant to extend pre-trail motions deadlines, to establish other deadlines for the parties.

FOR GOOD CAUSE SHOWN, the motion is GRANTED. The pretrial schedule is amended as follows:

**Pre-trial Motions Due:** September 8, 2022

**Pre-trial Responses Due:** October 6, 2022

Pursuant to the agreement of the parties, and for good cause as set forth in the motion, all time from the date of this order until the date of Arraignment is excluded in computing the time within which the trial must commence pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii). The ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C.

1

3161(h)(7)(A). Additionally, this case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the usual time limits. 18 U.S.C. 3161(h)(7)(B)(ii).

**SO ORDERED, this the ___19___ day of July, 2022.**

_____
JAMES C. DEVER III
**UNITED STATES DISTRICT JUDGE**