IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:22-CR-31-D-1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| versus | ) |
| | ) |
| BRYAN DEWEY WARD | ) |

## ORDER REGARDING DEFENDANT'S TRAVEL FROM RESIDENCE TO ATTORNEY'S OFFICE FOR CONSULTATION AND REVIEW OF DISCOVERY

Defendant through counsel seeks a modification of his conditions of release to permit him to travel from his residence in Pamlico County to his attorney's offices in Raleigh for review of discovery and consultation.

The United States has no objection to the Defendant's motion.

The Defendant is currently on house arrest with electronic monitoring (**[DE 16], [DE 18] and [DE 23]**), and is permitted to attend counseling and medical appointments and court appearances. Defendant has been in compliance in all respects since his initial release on conditions.

Defense counsel is complying with a nondisclosure agreement with respect to the dissemination of discovery, and distance from the defendant is a challenge. Duplication and forwarding of discovery is not permitted under the nondisclosure terms.

1

Counsel has conferred with the defendant's assigned United States Probation Officer M. Lunsmann in Greenville regarding the Defendant's need to confer with counsel and review the discovery material. Defendant is seeking a modification of the existing conditions of release to facilitate the attorney-client communications and the defendant's review and consideration of the discovery provided.

For good cause shown, all existing conditions of the Defendant's release conditions shall remain in effect, with the following modification:

The defendant shall be permitted to travel from his residence directly to Manning Law Firm PLLC's offices in Raleigh for the purposes of consultation, evidence review regarding the charges against him. For those purposes, he Defendant may:

(1) Travel directly to and from the Manning Law Firm PLLC from his residence, remain at the law firm at all times during his session(s) there, and upon completion of each appointment return directly to his residence.

(2) That the travel permitted shall not earlier than 6:00 A.M. from his residence; that the defendant shall then travel directly to the Manning Law Firm PLLC offices in Raleigh, remain there during his work, and then return directly to his residence, returning not later than 9:00 P.M. the same day.

(3) That the Defendant shall receive advance permission for each planned trip to Manning Law Firm PLLC from his supervising probation officer; further Manning Law Firm PLLC shall notify the supervising probation officer of each

2

requested visit to the law firm.

(4) That the Defendant shall notify his supervising probation officer upon his arrival at Manning Law Firm PLLC; the Law Firm shall also confirm the Defendant's arrival and time of arrival; the Defendant shall notify the probation officer of his departure from the law firm, and the Law Firm shall also notify the probation officer of the Defendant's departure at the conclusion of each consultation.

SO ORDERED, this the 30 day of August, 2022.

James C. Dever III
United States District Judge

3